**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| RANDY LEE PRICE, : | |
| : | |
| Plaintiff, : | 1:12-CV-198 (WLS) |
| : | |
| v. : | |
| : | |
| Dr. KLAUBURG, Ms. P. DAVIS, : | |
| Nurse CRIMSHAW, | |
| and Dr. JOHN DOE 2, : | |
| : | |
| Respondents. : | |
| : | |

## ORDER

Before the Court is a Recommendation of Dismissal from United States Magistrate Judge Thomas Q. Langstaff, filed February 15, 2013. (Doc. 7.) It is recommended that Plaintiff's Complaint (Docs. 1, 6) brought pursuant to 42 U.S.C. § 1983 be dismissed as against Nurse Crimshaw for failure to state a claim. (Doc. 7 at 5.) Judge Langstaff recommends that Plaintiff's Complaint be permitted to proceed against Dr. Klauburg and Ms. P. Davis. (*Id.*) No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on March 1, 2013. (*See* Doc. 7 at 5; Docket).

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 7) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Nurse Crimshaw is **DISMISSED** from Plaintiff's Complaint (Docs. 1, 6), and Plaintiff may proceed only against Dr. Klauburg and Ms. P. Davis.

**SO ORDERED**, this   26th   day of September, 2013.

1

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**
